**Order filed June 22, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00175-CR
_____

**JACOBE DANTE PAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCR-077001A**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 52, a video.**

The clerk of the 400th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 52, a video, on or before **July 6, 2021.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of

inspection, to return the original of State's Exhibit 52, a video, to the clerk of the 400th District Court.

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.